IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01238-ZLW

CAMERON HERR

      Applicant,

v.

HECTOR A. RIOS,

      Respondent.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

     Applicant submitted a Motion for Certificate of Appealability §2253, which is being processed as a notice of appeal, on September 13, 2006.  The court has determined that the document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     <u>  X  </u>    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
     <u>  X  </u>    is not submitted
     <u>   </u>    is missing affidavit
     <u>   </u>    is missing required financial information
     <u>   </u>    is missing an original signature by the prisoner
     <u>   </u>    is not on proper form (must use the court's current form)
     <u>   </u>    other_____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.  It is

FURTHER ORDERED that, Applicant's Motion for Certificate of Appealability § 2253 and is denied as unnecessary.

DATED at Denver, Colorado this __19__ day of _____ September __, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2